HARDY v. COMRS. OF WARREN; LUCAS v. COMRS. OF BEAUFORT.

HARDY ET AL. V. BURROUGHS ET AL., BOARD OF COUNTY COMMIS-
    SIONERS, AND MOSELEY ET AL., BOARD OF ELECTIONS OF WAR-
    REN COUNTY.

(Filed 1 November, 1935.)

APPEAL by plaintiffs from *Devin, J.*, at June Term, 1935, of WARREN.

*J. H. Bridgers for appellants.*
*George C. Green, Perry & Kittrell, Julius Banzet, Stuart Smith, and
Frank Banzet for appellees.*

SCHENCK, J. This case is practically the same as *Newman et al. v.
Watkins et al., Board of County Commissioners, and Royster et al.,
Board of Elections of Vance County, ante,* 675, and is affirmed for the
reasons therein stated.

Affirmed.

CLARKSON, J., dissenting: For the reasons given in my dissenting
opinion in the action of *Newman et al. v. Watkins et al., ante,* 675, I
think the judgment of the court below should be reversed.